UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS JACKSON,

    Plaintiff,
v.                                Case No. 16-12917

JILL KLINE and ANGELA,        HON. TERRENCE G. BERG
HOFFMAN,                          HON. ELIZABETH A. STAFFORD

    Defendants.
_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION (DKT. 38), GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DKT. 27) AND DENYING PLAINTIFF'S MOTIONS FOR A RESTRAINING ORDER OR PRELIMINARY INJUNCTION (DKTS. 8, 11)**

This matter is before the Court on Magistrate Judge Elizabeth A. Stafford's March 31, 2017 report and recommendation (Dkt. 38), recommending that Defendants' motion for summary judgment (Dkt. 27) be granted, and that Plaintiff's motions for a restraining order and a preliminary injunction (Dkt. 8, 11) be denied. The Court has carefully reviewed the Magistrate Judge's report and recommendation, and finds that it is well-reasoned and supported by the relevant law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). As of this date, no party filed any objections to the report and recommendation, and the time to do so has now expired.

The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to

the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985).  The Court will, therefore, accept the Magistrate Judge's report and recommendation of March 31, 2017, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Stafford's report and recommendation of March 31, 2017 (Dkt. 38) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Defendant's motion for summary judgment (Dkt. 27) is **GRANTED** and Plaintiff's motions for a restraining order and a preliminary injunction (Dkts. 8, 11) are **DENIED**.  Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Dated:  May 23, 2017                     s/Terrence G. Berg                
                                         TERRENCE G. BERG
                                         UNITED STATES DISTRICT JUDGE

### Certificate of Service

I hereby certify that this Order was electronically submitted on May 23, 2017, using the CM/ECF system, which will send notification to all parties.

                                         s/A. Chubb                        
                                         Case Manager

2